UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT J. LEFLER,

        Petitioner,        Case No. 1:10cv778

v.        Hon. Robert J. Jonker

KEN MCKEE, et al.,

        Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on August 10, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 10, 2011, is approved and adopted as the opinion of the court.

**IT IS ORDERED** that defendant's motion for summary judgment (docket #11) is **GRANTED** as to plaintiff's federal claims brought under 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED** and this action is **CLOSED**.

        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

DATED:  September 2, 2011.